# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 28, 2018

## NO. 03-18-00202-CV

**V. A. C., Appellant**

**v.**

**J. L. W., Appellee**

## APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES PURYEAR, GOODWIN, AND BOURLAND
## AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the order of termination signed by the trial court on March 29, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order of termination. Therefore, the Court affirms the trial court's order of termination. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.